1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBORAH L. PARKER,** ) | CIV F 06-654 AWI DLB |
| ) | |
| Plaintiff, ) | **ORDER VACATING** |
| v. ) | **HEARING AND TAKING** |
| ) | **MATTER UNDER** |
| **FIDELITY SECURITY LIFE** ) | **SUBMISSION** |
| **INSURANCE CO., a corporation, DOE 1,**) | |
| **DOE 2, DOE 3, DOE 4 and DOES 5-100,** ) | |
| **inclusive,** ) | |
| ) | |
| Defendants. ) | |
| _____) | |

   Currently pending before this Court is Defendant's combined Rule 12(b)(6) and Rule 12(f) motion. This motion is set for hearing on July 24, 2006, at 1:30 p.m. The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 24, 2006, is VACATED, and the parties shall not appear at that time. As of July 24, 2006, the Court will take Defendant's motion to dismiss under submission and will thereafter issue its decision. IT IS SO ORDERED.

**Dated:   July 19, 2006**           **/s/ Anthony W. Ishii**
0m8i78                                UNITED STATES DISTRICT JUDGE