IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH L. PARKER,<br><br>            **Plaintiff**,<br>   v.<br><br>FIDELITY SECURITY LIFE INSURANCE CO., a corporation, DOE 1, DOE 2, DOE 3, DOE 4 and DOES 5-100, inclusive,<br><br>            **Defendants.** | CIV F 06-654 AWI DLB<br><br>ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

Defendant has noticed for hearing and decision a motion for summary judgment. The matter was scheduled for hearing to be held on May 14, 2007. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than April 30, 2007. Plaintiff has not done so.

Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, she is in violation of the Local Rules. See Local Rule 78-230(c). Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. Id. The court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

1  Therefore, IT IS HERBY ORDERED that the previously set hearing date of May 14,
2  2007, is VACATED, and no party shall appear at that time.  As of May 14, 2007, the court will
3  take the matter under submission, and will thereafter issue its decision.
4
5  IT IS SO ORDERED.
6  **Dated:   May 8, 2007**              /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE

2