# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH L. PARKER,<br><br>  Plaintiff,<br><br>  v.<br><br>FIDELITY SECURITY LIFE INSURANCE CO., a corporation, DOE 1, DOE 2, DOE 3, DOE 4 and DOES 5-100, inclusive,<br><br>  Defendants. | CIV F 06-654 AWI DLB<br><br>ORDER VACATING HEARING DATE OF JULY 2, 2007 AND TAKING MATTER UNDER SUBMISSION |

Defendant has noticed for hearing and decision a motion for reconsideration under Rules 59 and 60.  The matter was scheduled for hearing to be held on July 2, 2007. Pursuant to Local Rule 78-230(c), the court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 2, 2007, is VACATED, and the parties shall not appear at that time.  As of July 2, 2007, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   June 28, 2007                          /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE