**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DEBORAH L. PARKER,** )<br>)<br>          **Plaintiff**, )<br>   **v.** )<br>)<br>**FIDELITY SECURITY  LIFE** )<br>**INSURANCE CO., a corporation, DOE 1,** )<br>**DOE 2, DOE 3, DOE 4 and DOES 5-100,** )<br>)<br>**inclusive,** )<br>)<br>          **Defendants.** )<br>_____) | **CIV F 06-654 AWI DLB**<br><br>**ORDER FOR ADDITIONAL**<br>**BRIEFING REGARDING**<br>**PLAINTIFF'S MOTION FOR**<br>**RECONSIDERATION** |

      Currently pending before the Court is Plaintiff's motion for reconsideration of summary judgment.  The Court took the motion for reconsideration under submission as of July 2, 2007. Plaintiff's motion generally focuses on the time frame of April 6, 2007, to May 8, 2007.  The summary judgment motion was taken under submission as of May 14, 2007, and the Court's ruling on the summary judgment motion was later made on May 17, 2007.  Plaintiff's motion for reconsideration does not address her counsel's conduct or activity between May 8, 2007, and May 17, 2007, particularly why Plaintiff's counsel failed to contact this Court regarding an opposition to summary judgment.  After further consideration, the Court believes that additional briefing is appropriate in order to rule on the motion for reconsideration.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's counsel is to file a declaration and brief on or by 4:00 p.m. on July 30, 2007, regarding his conduct between May 8, 2007, and May 17, 2007;
2. Defendant may file a response to Plaintiff's additional declaration and briefing on or by 4:00 p.m. on August 6, 2007; and
3. This matter will remain under submission following receipt of Defendant's response on August 6, 2007.

IT IS SO ORDERED.

Dated:   **July 23, 2007**                              **/s/ Anthony W. Ishii**
                                                        UNITED STATES DISTRICT JUDGE

2