IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBORAH L. PARKER,**         )<br>                                                    )<br>              **Plaintiff**,           )<br>      v.                                        )<br>                                                    )<br>**FIDELITY SECURITY  LIFE**  )<br>**INSURANCE CO., a corporation, DOE 1,**)<br>**DOE 2, DOE 3, DOE 4 and DOES 5-100,**  )<br>                                                    )<br>**inclusive,**                              )<br>                                                    )<br>              **Defendants.**       )<br>_____) | CIV F 06-654 AWI DLB<br><br>ORDER VACATING<br>HEARING AND TAKING<br>MATTER UNDER<br>SUBMISSION |

    Currently pending before this Court is Defendant's motion for summary judgment.  The motion is set for hearing on September 10, 2007, at 1:30 p.m.  The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 10, 2007, is VACATED, and the parties shall not appear at that time.  As of September 10, 2007, the Court will take Defendant's motion to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:     September 5, 2007**                       _____/s/ Anthony W. Ishii_____
                                                                        UNITED STATES DISTRICT JUDGE